IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVALDA JOHNSON,

    Plaintiff,

v.                                                    Case No.: 3:16cv112-MCR-CJK

MEGAN J. BRENNAN, in her
Official Capacity as Postmaster
General, United States Postal Service
Southern Area Agency,

    Defendant.
_____\

### MOTION FOR LEAVE TO FILE THREE PAGE REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

    COMES NOW Defendant Megan J. Brennan, in her Official Capacity as Postmaster General, USPS, by and through the undersigned counsel and moves this Court for leave to file a three page reply to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss ("Plaintiff's Opposition") and, as ground therefore, shows unto this Court as follows:

1. Plaintiff's Opposition relies upon case citations which are wholly distinguishable from the legal authority dispositive of this case.

1

2. Defendant will not introduce any new arguments nor will defendant re-brief the substantive legal arguments made in its Motion to Dismiss Amended Complaint. Rather, defendant will limit its reply to addressing why the cases cited by plaintiff are not relevant to this defendant and this lawsuit.

WHEREFORE, premises considered defendant requests leave to file a response to Plaintiff's Memorandum in Opposition no longer than 3 pages and limited to distinguishing the cases cited by plaintiff from the law applicable to this case.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Kathryn W. Drey*
KATHRYN W. DREY
Assistant United States Attorney
Florida Bar No. 142492
21 East Garden St., Suite 400
Pensacola, FL  32502
Telephone:  850-444-4000
Kathryn.Drey@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF on this  21st  day of June, 2016.

>              /s/ Kathryn W. Drey
> KATHRYN W. DREY
> Assistant United States Attorney